# Court of Appeals
# of the State of Georgia

ATLANTA, May 21, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1499.  ADAMS v. THE STATE.**

This appeal from a January 2024 conviction for vehicular homicide and other crimes was docketed on March 31, 2025. On April 29, Adams was ordered to file a brief by May 5. On May 1, Adams's appellate counsel moved to withdraw, but his motion was denied on May 2 as not meeting the requirements of Rule 9 (d). (The motion did not include the client's telephone number and did not represent that 10 days had passed since the client was notified in writing of counsel's intent to withdraw.)

As of May 20, 2025, no brief or request for an extension has been received. Rule 23 (a) provides: "Appellant's brief shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offending party and/or counsel to sanctions, including contempt." This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* *05/21/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*